IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ON DEFENDANT'S** |
| | ) | **PRETRIAL MOTIONS** |
| vs. | ) | |
| | ) | Criminal No. 3:06-cr-14-12 |
| Erik Lee Madrid, a/k/a Julio, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court are a number of pretrial motions by Defendant (Docs. #416-422). These motions were previously raised by Defendant and were re-raised at the request of Defendant (Doc. #415) without additional briefing. The United States filed a response (Doc. #309) when the motions were initially filed. Argument was heard on several of these motions during an October 30, 2006 status conference.

Defendant's motions with respect to Fed. R. Evid. 404(b) evidence (Doc. #418) and Bruton issues (Doc. #417) were rendered moot by the government's original response and are therefore **DENIED.**

Defendant's motions for Bill of Particulars (Doc. #416), Dismissal or Severance (Doc. #419), and Disclosure of Grand Jury Transcripts (Doc. #421) were denied on the merits by the Court's November 8, 2006 Order (Doc. #351) and the Court's Continuance Order (Doc. #338). No additional briefing has been submitted to the Court. The Court is convinced its original rulings were not in error. Therefore, for the reasons set forth in the Court's previous Orders, those motions are **DENIED.**

Defendant did not persist in his motion for pretrial release (Doc. #276) or his motion to suppress (Doc. #278) during the October 30, 2006 status conference. Oral argument has not previously been heard on these issues. Therefore, these motions will be addressed on Thursday,

December 21, at 9:30 a.m. in Courtroom 1 in Fargo.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2006.

                                                                      /s/   Ralph R. Erickson
                                             Ralph R. Erickson, District Judge
                                             United States District Court